■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD RODMAN, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Donnelly, J.), rendered February 26, 1982, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Criminal Term did not err in excluding testimony relevant to the proposed defense of justification in the instant prosecution for criminal possession of a weapon (see *People v Almodovar*, 62 NY2d 126, 130). We have considered the defendant's remaining contentions and find them to be without merit. Gibbons, J. P., Brown, Niehoff and Boyers, JJ., concur.